Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

```
FILED ✓      LODGED ___
RECEIVED ___ COPY ___

JUN 2 0 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Civil Division

| | |
|---|---|
| Sean Lyons | Case No. CV23-01117-PHX-SMM |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- | |
| Salt River Pima-Maricopa Indian Community AKA Talking Stick Resort | Civil Rights |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Sean Lyons |
   | Street Address | PO Box 25893 |
   | City and County | City of Scottsdale in Maricopa County |
   | State and Zip Code | Arizona, 85255 |
   | Telephone Number | 714-430-0367 |
   | E-mail Address | seanlyons144@outlook.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Salt River Pima-Maricopa Indian Community AKA: TSR |
| Job or Title *(if known)* | A Government Agency |
| Street Address | 9800 E Talking Stick Way |
| City and County | Scottsdale, Maricopa |
| State and Zip Code | AZ, 85256 |
| Telephone Number | 480-850-7777 |
| E-mail Address *(if known)* | |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number

Case 2:23-cv-01117-SMM    Document 1    Filed 06/20/23    Page 3 of 6

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USCA 1983, 1984, 1985

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Page 3 of 6

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

They have taken $200,000.00 of money through fraud and indimination. This amount can be proven as alleged.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant has violated my civil rights, acting like a government, and in cordination with neighboring government agencies. I allege that they suppose they say they are soveigrn and separate, but running government owned business, for purposes other than advertised. They have their own emergency services, and have used the color of law to cause harm and damages to me, by not following laws that any other government would have to follow in the United States. They have concocted a false crime, to benefit themselves by obtaining private information from US government, and using the false allegations to make me act in a manner I would not have otherwise, for their benefit to commit fraud against me. As this is a civil case for 42 USCA 1983, I am also, Pro Se, court shall allow the best possible interpretation of this, and as is standard procedure for a 1983 claim, I will update my complaint as more information is found out through the discovery process in this case.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request that the court issue a judgement for any and all relief that the court decides is just and proper. I allege that I have been damaged at a minimum of $200,000.00 and I also request the court order punitive trebel damages to the maximum allowed by law, as well as exemplary damages, for the fact that this is such outrageous behavior. I also request from the court $249,800,000.00, in additional damages for loss of oportunity, among other reasons to be proved at trial, and the negative light they have brought upon me, through their conduct, and conspiracy like behavior with others. I also request the court issue judgement for court costs and interest of the actual damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/20/2023

Signature of Plaintiff

Printed Name of Plaintiff: Sean Lyons

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  State and Zip Code    _____
  Telephone Number    _____
  E-mail Address     _____