# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Lyons, | No. CV-23-01117-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Salt River Pima-Maricopa Indian Community, | |
| Defendant. | |

Pending before the Court is *pro se* Plaintiff's Application for Leave to Proceed In Forma Pauperis. (Doc. 2).

In his Application, signed under penalty of perjury, Plaintiff states that he earns $10,083.00 each month. (Id. at 1). The Application demonstrates that even after deducting his average monthly expenses—which include sizable monthly tax payments—Plaintiff is able to pay the required $402.00 filing fee. Indeed, Plaintiff states that he will be spending $100,000.00 for expenses or attorney fees in conjunction with this lawsuit. (Id. at 5).

Accordingly,

**IT IS HEREBY ORDERED denying** Plaintiff's Application for Leave to Proceed In Forma Pauperis. (Doc. 2).

///

///

///

///

1    **IT IS FURTHER ORDERED** that Plaintiff shall either pay the required filing fee
2  or file an amended application to proceed in forma pauperis no later than <u>July 7, 2023</u>.
3  Failure to meet this deadline shall result in immediate dismissal of this case.
4    Dated this 20th day of June, 2023.

*[signature]*
Honorable Stephen M. McNamee
Senior United States District Judge