

| | |
|---|---|
| 1 | Scott W. Rodgers, 013082 |
| 2 | OSBORN MALEDON, P.A.<br>2929 North Central Avenue, Suite 2000 |
| 3 | Phoenix, Arizona 85012-2793<br>(602) 640-9000 |
| 4 | srodgers@omlaw.com |

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Lyons, | No. CV-23-01117-PHX-SMM |
| Plaintiff, | |
| vs. | **MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| Salt River Pima-Maricopa Indian Community AKA Talking Stick Resort, | |
| Defendant. | |

Defendant Salt River Pima-Maricopa Indian Community (the "Community" or "Defendant") moves the Court to strike Plaintiff's First Amended Complaint ("FAC") (Doc. 18) because Plaintiff does not have the right to amend his complaint without leave of Court, which Plaintiff neither sought nor obtained. This motion to strike is permitted under LRCiv 7.2(m)(1) because the filing of the FAC was "prohibited (or not authorized)" by the rules applicable in this Court.

The FAC was not timely filed under Fed. R. Civ. P. 15. In response to the original complaint, Defendant filed a Rule 12(b)(1) Motion to Dismiss asserting sovereign immunity. (Doc. 11.) That Motion was filed on August 24, 2023. Under Fed. R. Civ. P. 15(a)(1)(B), Plaintiff could have filed an amended complaint as a matter of course within 21 days after that date. Plaintiff did not file the FAC until September 29, 2023, after the 21-day amendment window had passed. Accordingly, the only way that Plaintiff could have filed an amended complaint was by leave of Court under Rule

15(a)(2), and Plaintiff neither sought leave of Court nor obtained it. Accordingly, the FAC was improperly filed and should be stricken.

Even if the Court were to retroactively permit the filing of the FAC, the arguments Defendant made in the Motion to Dismiss apply equally to the FAC. The FAC still attempts to assert claims against a sovereign Indian tribe. For the reasons set forth in the Motion to Dismiss, the Court should dismiss this action with prejudice.

DATED this 2nd day of October, 2023.

OSBORN MALEDON, P.A.

By   s/ Scott W. Rodgers
Scott W. Rodgers
2929 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2793

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

A copy of the foregoing was electronically transmitted using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants this 2nd day of October, 2023, and mailed and emailed to the following:

Sean Lyons
P.O. Box 25893
Scottsdale, Arizona  85255
seanlyons144@outlook.com

Plaintiff  Pro Per


s/ Karen Willoughby