Sean Lyons
PO Box 25893
Scottsdale, AZ 85255
714-430-0367
seanlyons144@outlook.com
Plaintiff - in propria persona -

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 1 6 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Lyons,<br><br>**Plaintiff,**<br><br>v.<br><br>Talking Stick Resort,<br><br>**Defendant.** | Case No. CV-23-01117-PHX-SMM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL**

**RULES OF CIVIL PROCEDURE 41(a)**

PLEASE TAKE NOTICE:

    This action is dismissed by the Plaintiff, Sean Lyons, in its entirety. The dismissal of this action is made pursuant to Federal Rules of Civil Procedure 41(a) whereas an answer has not yet been made by the Defendant.

**DATED:** 01/16/2024

By *[signature: Sean Lyons]*
Sean Lyons
PO Box 25893
Scottsdale, AZ 85255
seanlyons144@outlook.com
714-430-0367

## Certificate of Service

I, Sean Lyons, declare under penalty of perjury:

A copy of the foregoing was served via email, without a response of undeliverability, to Defendant attorney of record, Scott Rodgers, srodgers@omlaw.com. This was done on January 16, 2024.

X *[signature: Sean Lyons]*    01-16-2024

2