**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Lyons, | No. CV-23-01117-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Salt River Pima-Maricopa Indian Community, | |
| Defendant. | |

This matter is before the Court on the Notice of Voluntary Dismissal filed by Plaintiff on January 16, 2024. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action has been dismissed without prejudice.

Accordingly,

**IT IS ORDERED dismissing without prejudice** this action.

**IT IS FURTHER ORDERED denying as moot** all pending motions.

**IT IS FURTHER ORDERED directing** the Clerk of the Court to terminate this action in its entirety.

Dated this 19th day of January, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge